**No. 59986.**—F. W. Woolworth Co. v. United States, protest 242770–K (San Francisco).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of toys in the form of figures or images of animate objects, wholly or in chief value of metal, having any movable member or part but not having a spring mechanism, and valued at 30 cents or more per pound, the claim of the plaintiff was sustained.